# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **JIMMY-JACK JACKAI,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:13-CV-3594-L** |
| § | |
| **AFFIRMATIVE SERVICES, INC., and** § | |
| **CLARENCE PHILIP SEINEN,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is Plaintiff Jimmy-Jack Jackai's ("Plaintiff") *pro se* employment discrimination action against Affirmative Services, Inc., and Clarence Philip Seinen ("Seinen"), filed on September 9, 2013. This case was referred to Magistrate Judge Renee Harris Toliver on the same date. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on January 21, 2014, recommending that all claims against Seinen be summarily dismissed for failure to state a claim upon which relief may be granted. No objections to this report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, the court **dismisses with prejudice** all of Plaintiff's claims against Defendant Clarence Philip Seinen.

**It is so ordered** this 27th day of February, 2014.

_____
Sam A. Lindsay
United States District Judge

**Order - Page 2**